AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        NOV 12 2020

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:20-mj-00892-VCF |
| PAUL NAEGER | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D George Courthouse<br>333 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 | Courtroom No.: 3D |
|---|---|---|
| | | Date and Time: 11/16/20 9:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 11/12/2020

*Judge's signature*

Cam Ferenbach, US Magistrate Judge
*Printed name and title*