1   LANCE J. HENDRON, ESQ.
    Nevada Bar No. 11151
2   **HENDRON LAW GROUP LLC**
    625 S. Eighth Street
3   Las Vegas, Nevada 89101
    Office: (702) 710-5555 ◆ Facsimile: (702) 718-5555
4   E-mail: lance@hlg.vegas
    Attorney for Defendant, *Paul Naeger*

5

6                   UNITED STATES DISTRICT COURT
                       CLARK COUNTY, NEVADA

7   **UNITED STATES OF AMERICA**,            CASE No.   2:21-cr-00165-JCM-BNW

8
                            Plaintiff,
9

10  vs.

11  **PAUL NAEGER**,

12
                            Defendant.
13

14                      **FINDINGS OF FACTS**

15          Based on the pending Stipulation of Counsel, and good cause appearing therefore, the

16  Court finds that:

17          1.      That Defendant is still gathering material for purposes of presenting at his

18  sentencing and sentencing memorandum;

19          2.      That counsel for Defendant has spoken with Jim Fang, Assistant United States

20  Attorney who has no objection to the continuance;

21          3.      Defendant is not in custody and does not oppose this continuance;

22          4.      That denial of this request for continuance could result in a miscarriage of

23  justice; and

24  ///

25  ///

26  ///

27  ///

28  ///

3

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 710-5555 ▪ FAX (702) 718-5555

5.      That additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section3161(h)(7)(b)i and 3161 (h)(7)(b)(iv). In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in a speedy trial.

### ORDER

**IT IS HEREBY ORDERED**, that the sentencing, currently scheduled for February 23, 2022, at the hour 10:30 a.m., be vacated and continued to __May 27, 2022__, at the hour of _10:00_ a_.m. in courtroom 6A.

DATED February 22, 2022.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 710-5555  ▪ FAX (702) 718-5555

4